# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAGUAR IMPORTS, LLC,**

    **Plaintiff,**

**v.**                                                                                    **Case No: 6:12-cv-1486-Orl-31KRS**

**PHOENIX GLOBAL VENTURES, INC.,**

    **Defendant.**

## ORDER

This cause comes before the Court on Renewed Motion for Entry of Judgment (Doc. No. 20) filed April 19, 2013.

On May 30, 2013, the United States Magistrate Judge issued a report (Doc. No. 21) recommending that the motion be granted in part. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2. The Renewed Motion for Entry of Judgment is GRANTED IN PART.

3. The Court finds that Phoenix Global Ventures, Inc. is liable for violations of 35 U.S.C. Sec. 271 as alleged in the amended complaint.

4. Final judgment and a permanent injunction will be entered pursuant to this Order separately.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 2, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party